UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SANTOS JAVIER GARCIA-BAQUEDANO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-192-WBV-KWR** |
| **BP EXPLORATION & PRODUCTION, INC. AND BP AMERICA PRODUCTION COMPANY** | **SECTION D(4)** |

### ORDER

Considering the Stipulation of Dismissal With Prejudice (R. Doc. 25),

**IT IS HEREBY ORDERED** that Plaintiff Santos Javier Garcia-Baquedano's claims against Defendants BP Exploration & Production, Inc. and BP America Production Company are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this the 10th day of January, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**